**Order entered November 20, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01085-CV

**MOMENTIS U.S. CORPORATION, ET AL., Appellants**

**V.**

**PERISSOS HOLDINGS, INC., ET AL., Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03025-M**

## ORDER

We **GRANT** appellees' November 12, 2013 third motion for an extension of time to file a brief. Appellees shall file their brief on or before December 9, 2013. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/   DAVID LEWIS
JUSTICE